**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6377**

CHIVALRY MOORE,

Plaintiff - Appellant,

v.

ORLANDO F. HUDSON, JR., Senior Resident Superior Court Judge; MATTHEW COOK, Attorney at Law; CHRIS J. VERMILLION, Detective; DAWN Y. BAXTON, Chief Public Defender - 14th District,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:22-cv-00688-CCE-JEP)

Submitted:  December 19, 2023                    Decided:  December 27, 2023

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chivalry Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chivalry Moore appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Moore's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted and for seeking monetary relief against a defendant who is immune from such relief. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Moore v. Hudson*, No. 1:22-cv-00688-CCE-JEP (M.D.N.C. Jan. 4, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*